**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

HOME TOPS, LLC and
LEGEND DISTRIBUTING LLC,

Plaintiffs, Case No: ___________________

vs.

DECKORATORS, INC.,

Defendant.

---

## NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332(d), 1441, and 1446, Defendant Deckorators, Inc. ("Deckorators") hereby removes this action from the Circuit Court of Walworth County, where it is pending as Case No. 2026CV000788, to the United States District Court for the Eastern District of Wisconsin.

### I. Procedural History.

1. On October 21, 2026, Plaintiffs filed a civil action against Deckorators in the Circuit Court of Walworth County, Wisconsin, captioned *Home Tops, LLC and Legend Distributing LLC v. Deckorators, Inc.*, Case No. 2026CV000788 (the "State Court Action"). A copy of the Summons and Complaint, and all other process, pleadings, and orders served to date on Deckorators in the State Court Action is attached as **Exhibit A**.

2. Deckorators received service of the Summons and Complaint on October 28, 2026. Except as set forth herein, Defendant has received no other process, order, or pleading in connection with this action. *See* 28 U.S.C. § 1446(a).

3. Because 30 days have not expired since October 28, 2026, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

4. Deckorators is the only Defendant listed in the Complaint.

5. Removal to the United States District Court for the Eastern District of Wisconsin is proper because the State Court Action was commenced and is pending in the Circuit Court of Walworth County, Wisconsin, which lies within this federal judicial district.

6. Pursuant to 28 U.S.C. § 1446(d), upon the filing of this Notice of Removal, with the clerk of the Circuit Court of Walworth County, Wisconsin, and will serve copies on Plaintiffs to Plaintiffs' counsel.

7. Deckorators has not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

8. No waiver and no admission of fact, law, or liability, including, without limitation, the amount of damages, if any, is intended by the filing of this Notice of Removal. Deckorators hereby reserves all defenses, affirmative defenses, and rights, including the right to raise defects of forum and service of process. Deckorators also reserves the right to submit evidence supporting this Notice of Removal if Plaintiffs move to remand this action to state court.

## II. Basis for Removal – Diversity Jurisdiction

9. As alleged in the State Court Action, Plaintiff Home Tops, LLC is a Wisconsin limited liability company whose principal place of business is located at 960 East Milwaukee Street, Whitewater, WI 53190. The members of Home Tops, LLC are individual residents of the State of Wisconsin.

10. As alleged in the State Court Action, Plaintiff Legend Distributing LLC is a Wisconsin limited liability company whose principal place of business is located at 960 East

Milwaukee Street, Whitewater, WI 53190. The members of Legend Distributing LLC are individual residents of the State of Wisconsin.

11. As alleged in the State Court Action, Defendant Deckorators, Inc. is a Michigan corporation. Deckorators, Inc. affirmatively states that its principal place of business is located at 2801 East Beltline NE, Grand Rapids, Michigan 49525.

12. Based on the foregoing, there is complete diversity between Plaintiffs and Defendant because Plaintiffs, and their members, are incorporated in, have their principal places of business in and are residents of the State of Wisconsin and Defendant Deckorators, Inc. is incorporated in and has its principal place of business in the State of Michigan.

13. Although the Complaint does not quantify the value of monetary damages it seeks, Plaintiffs demand "repurchase of all existing inventories of Deckorators products, pursuant to Wis. Stat. § 135.045." Ex. A p. 17 at ¶ H. Plaintiffs allege that, since 2020, Home Tops has sold $12.1 million in Deckorators products and Legend has sold $14.3 million. *Id.* at ¶ 20. As of September 25, 2026, Plaintiffs allege that Home Tops has carried over $550,000 in Deckorators products and that Legend has carried over $647,000. *Id.* at ¶ 21.

14. Plaintiffs also claim "an award to Home Tops [and Legend] of its costs, attorneys' fees, and expenses and the maximum pre-judgment and post-judgment interest allowed by law." *Id. at* ¶¶ I and J.

15. It is thus apparent that the jurisdictional requirement of $75,000, exclusive of interest and costs is exceeded. *See Carroll v. Stryker Corp.*, 658 F.3d 675, 680 (7th Cir. 2011) (removing party has the "initial burden of establishing by a preponderance of the evidence facts that suggest the jurisdictional amount has been satisfied); *Reck-n-Rack LLC v. Just Encase Prod. Inc.*, 649 F. Supp. 3d 734, 738 (E.D. Wis. 2023) ("In determining the jurisdictional amount,

punitive or exemplary damages can be considered where recoverable.") *West Bend Elevator, Inc. v. Rhone-Poulenc S.A.*, 140 F. Supp. 2d 963, 969 (E.D. Wis. 2000) ("Where a litigant has a right based on contract, statute or other legal authority to an award of attorneys fees if he prevails in the litigation, a reasonable estimate of those fees may be included in determining whether the jurisdictional minimum is satisfied.")

WHEREFORE, Defendant Deckorators, Inc. respectfully requests that the above-captioned action be removed from the Walworth County Circuit Court to the United States District Court for the Eastern District of Wisconsin, and that further proceedings in this action be conducted in this Court as provided by law.

Dated this 2nd day of November, 2026.

HUSCH BLACKWELL LLP
Attorneys for Defendant Deckorators, Inc.

By: *_/s/Ann M. Maher_*
Ann M. Maher
State Bar No. 1000529
Emily Logan Stedman
State Bar No. 1095313

P.O. ADDRESS:
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
414.273.2100
414.223.5000 (fax)
Ann.Maher@huschblackwell.com
Emily.Stedman@huschblackwell.com